IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v.  § | NO. 3:19-CR-046-K (01) |
| § | |
| ANALISA RENEE MENDEZ § | |
| § | |
| Defendant § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. The Defendant waived allocution before this Court and waived her right to objection to the Report and Recommendation.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant Report to the Salvation Army Short Term Residential Treatment Program on October 3, 2022, for 30-day Inpatient treatment and Outpatient treatment. The term of Supervised Release to coincide with Inpatient and Outpatient treatment and

Supervised Release will be terminated once successfully completed.

    SO ORDERED.

    Signed October 11th, 2022.

                                    *Ed Kinkeade*
                                    ED KINKEADE
                                    UNITED STATES DISTRICT JUDGE